UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

                        Petitioners,

-against-

ALFORD A. SMITH, M.D., ALFORD A. SMITH MD, P.C., STRATEGIC MEDICAL INITIATIVES P.C.,

                        Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/31/2025_

25 Misc. 121 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioners' motion to compel and accompanying materials. ECF Nos. 1–4. By **April 28, 2025**, Respondents shall respond to the motion. The response shall indicate whether Respondents consent to the transfer of the motion to the United States District Court for the Eastern District of New York. *See* ECF No. 2 at 13.

    By **April 4, 2025**, Petitioners shall serve a copy of this order on Respondents. By **April 6, 2025**, Petitioners shall file proof of such service on the docket.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge